Christopher M. OXENDINE-BEY, Plaintiff-Appellant,

v.

R. David MITCHELL; Terry Lemon; Michael L. Brooks; John Aaron; Jane Mims; Angela Rorie; Kenneth A. Beaver; Kristopher C. Kiker; Milessia Abernathy, Defendants-Appellees.

No. 16-7362

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2017

Decided: May 3, 2017

Christopher M. Oxendine-Bey, Appellant Pro Se. Kimberly D. Grande, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Before WILKINSON, KING, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher M. Oxendine-Bey appeals the district court's order and judgment granting summary judgment to the Defendants and dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Oxendine-Bey v. R. Mitchell,*

No. 3:14-cv-00651-FDW, 2016 WL 4546447 (W.D.N.C. Aug. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*